FILED

MAY 0 7 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE BERNARD G. SKOMAL

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERTO ROBLEDO JR.,

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Criminal Case: 24CR716-H
Magistrate Case 3:24-mj-01029-BGS

ORDER FOR VIDEORECORDED
DEPOSITION AND SUBSEQUENT
RELEASE OF MATERIAL WITNESS

DATE:   May 07, 2024
TIME:   1:30p.m.
JUDGE:   Hon. D. Thomas Ferraro
COURT:   San Diego 3D

Upon request of material witness and counsel SARAH GARRICK, and good cause appearing:

1.     Material Witnesses Marcelo Garcia Lozada and Alfonso Sosa Bravo (the "MATERIAL WITNESSES") in the case of UNITED STATES v. ROBLEDO shall be deposed on 05/31/24 at 10am The deposition will be held at the U.S. Attorney's Office. An employee of the U.S. Attorney's Office shall serve as videotape operator.

2.     Defendant shall attend the deposition. If the defendant is in custody, they shall be brought separately to the deposition and a marshal shall remain present during the entire proceeding.

3.     The United States Attorney's Office shall provide a videotape operator and arrange for a court-certified interpreter to be present for the Material Witness.

4.     The cost of the interpreter for the Material Witness will   be borne by the United States. See 28 U.S.C. ' 1827(c)(2).

5.     If Defendant needs an interpreter independent of the Material

1

ORDER FOR RECORDED DEPOSITION AND SUBSEQUENT RELEASE          Case No.3:24-mj-01029-BGS; 24-cr-00716-H USA. v. Robledo
OF MATERIAL WITNESSES

1  Witness' interpreter, defense counsel will arrange for a court-certified interpreter to

2  be present. The cost of a separate interpreter for the Defendant shall be paid by the

3  court.

4        6.     The U.S. Attorney's Office shall arrange for a certified court reporter to

5  be present. The court reporter shall stenographically record the testimony and serve

6  as a notary and preside at the deposition in accordance with Rule 28(a), Fed. R. Civ.

7  Proc. The cost of the court reporter and Transcript shall be borne by the U.S.

8  Attorney's Office.

9        7.     The deposition shall be video recorded. Prior to the conclusion of the

10  deposition, the deponent, or a party, may elect to have the deponent review the video

11  record of his/her deposition to note any changes. Any errors or changes, and the

12  reasons for making them, shall be stated in writing and such writing shall be signed

13  by the deponent.

14        8.     The video operator shall select and supply all equipment required to

15  video the deposition and shall determine all matters of staging and technique, such

16  as number and placement of cameras and microphones, lighting, camera angle, and

17  background. He/she shall determine these matters in a manner that accurately

18  reproduces the appearance of the witness and assures clear reproduction of both the

19  witness' testimony and the statements of counsel.

20        9.     The deposition shall be recorded in a fair, impartial, objective manner.

21  The video equipment shall be focused on the witness; however, the video operator

22  may from time to time focus upon charts, photographs, exhibits or like material

23  being shown to the witness during the deposition.

24        10.    Before examination of the witnesses, the notary shall state on the video

25  record: (a) his/her name and address; (b) the date, time and place of the deposition;

26  (c) the name of the witness and the caption of the action; and (d) the identity of the

27  parties and the names of all persons present in the deposition room. The notary shall

28  2

ORDER FOR RECORDED DEPOSITION AND SUBSEQUENT RELEASE     Case No.3:24-mj-01029-BGS; 24-cr-00716-H USA. v. Robledo
OF MATERIAL WITNESSES

1   then swear the witness on the video record. Further, at the beginning of the

2   examination by each counsel, the counsel shall identify himself/herself and his/her

3   respective client on the record. If more than one videotape is used, the notary shall

4   repeat items (a), (b) and (c) at the beginning of each new tape.

5         11.    The video operator shall not stop the video recorder after the deposition

6   commences until it concludes, except, however, that any party may request a

7   cessation for a brief recess, which request will be honored unless another party

8   objects and states the basis for said objection on the record. Each time the recorder

9   is stopped or started; the operator shall announce the time on the record. If the

10  deposition requires the use of more than one DVD, the end of each DVD and the

11  beginning of the next shall be announced orally on the record by the operator.

12      12.    Testimonial evidence objected to shall be recorded as if the

13  objection had been overruled and the court shall rule on the objections prior to

14  admitting that portion of the deposition.  The party raising the objection(s) shall be

15  responsible for having a transcript prepared for the court to consider. All objections

16  to the evidence presented shall be deemed waived unless made during the deposition.

17      13.    If requested by a party, the deposition testimony, if offered other than

18  for impeachment, may be presented in non-stenographic video format, in which case

19  no transcript need be prepared in advance of trial, unless otherwise ordered by the

20  Court. See Fed.R.Civ.P. 32.

21      14.    Copies of all exhibits utilized during the recorded deposition shall be

22  marked for identification during the deposition and filed along with the videotape.

23      15.    At the conclusion of the deposition, the Government and defense

24  attorney will advise the Material Witness' attorney if they intend to object to the

25  release of the Material Witness. If the parties do not object to the witness' release,

26  the Government and defense attorneys will immediately approve an order for the

27  Material Witness' release from custody. The Government will provide the Material

28  3

Witness with a subpoena for the trial date, a travel fund advance letter, and written authorization to enter the United States to testify at trial.

16.     If any party objects to the release of the Material Witness, the objecting party must request a hearing on the issue before the District Court, said request to occur within four business hours after the deposition has concluded. Failure of the objecting party to request this hearing shall be deemed a waiver of the objection to the release of the Material Witness, and a Release Order shall be submitted for approval at the end of the four-hour period. If a hearing is requested, at the hearing, the objecting party must be prepared to show why release of the Material Witness is not appropriate under 18 U.S.C. ' 3144. If, after the hearing, the Court decides to release the Material Witness, the Material Witness' attorney shall file the Release Order immediately. If the parties previously scheduled a hearing regarding the Material Witness' release, this paragraph does not apply.

17.     Upon request by either party, the video operator shall provide a copy of the video deposition to the requesting party at the cost to the U.S. Attorney. After preparing the requested copies, if any, the video operator shall turn the original video over to the notary along with a certificate signed by the video operator attesting that the video is an accurate and complete record of the recorded deposition.

18.     The notary shall file the original video, along with any exhibits offered during the deposition, with the Court in a sealed envelope marked with the caption of the case, the name of the witnesses and the date of the deposition. To that envelope, the notary shall attach the sworn statement that the video is an accurate and complete record of the recorded deposition and a certification that the witnesses were duly sworn by the officer.

19.     To the extent that the procedures set forth herein for videotaping vary from those set forth in Rules 28 and 30 F.R.Civ.P., these variations are found to be good cause shown as allowed by F.R.Civ. P. 29.

4

1    20.    Unless waived by the parties, the notary must give prompt notice to all

2  parties of the filing of the video record of the deposition with the Court pursuant to

3  Fed.R.Civ.P. 30(f)(3).

4

5

6  IT IS SO ORDERED.

7

8  DATED: 05/07/2024

9

10    THE HONORABLE D. THOMAS FERRARO
    United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5